UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-61393-CIV-SMITH

LUIS ENRIQUE PINEDA CAMCHO,

     Petitioner,

v.

BROWARD TRANSITIONAL CENTER,

     Respondent.

_____

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

**IT IS ORDERED that** pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida this case is **REFERRED** to Magistrate Judge Valle for a ruling on all non-dispositive matters and a report and recommendation on all dispositive matters.

DONE and ORDERED in Fort Lauderdale, Florida this 8th day of July, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record