**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61393-CIV-SMITH**

LUIS ENRIQUE PINEDA CAMACHO,

       Petitioner,

v.

BROWARD TRANSITIONAL CENTER,

       Respondent.

_____/

## ORDER OF DISMISSAL

    This matter is before the Court on Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus [DE 8], which indicates that Respondent does not oppose the withdrawal.  Upon consideration, it is

    **ORDERED** that:

    1.    Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus [DE 8] is **GRANTED.**  The Petition [DE 1] is **WITHDRAWN** and the case is **DISMISSED.**

    2.    All pending motions are **DENIED as moot.**

    3.    This case is **CLOSED.**

    DONE AND ORDERED in Fort Lauderdale, Florida, this 31st day of August, 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: Counsel of Record